UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Dale A. Drozd
United States Magistrate Judge
Sacramento, California

                            RE:    Thomas MURO
                                       Docket Number:  2:02CR00269-01
                                       **PERMISSION TO TRAVEL**
                                       **OUTSIDE THE COUNTRY**

Your Honor:

The probationer is requesting permission to travel to The Philippines.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On March 16, 2004, Thomas Muro was sentenced for the offense of 18 USC 209(a) and 216(a)(1) - Receiving Salary or Compensation from Private Party for Services Rendered to the United States.

**Sentence imposed:**  3 years Probation; $75 special assessment.  Special Conditions: Financial disclosure; 90 days home detention with electronic monitoring (completed).

**Dates and Mode of Travel:**  August 4, 2006, through August 19, 2006, via Philippine Airlines.

**Purpose:**  The probationer will be traveling with his wife to visit her family.  He is in compliance, and it is requested that travel be approved.

**RE:    Thomas MURO**
**       Docket Number:   2:02CR00269-01**
**       PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/ Dayna D. Ward

**DAYNA D. WARD**
**Senior United States Probation Officer**

**DATED:**   July 17, 2006
            Roseville, California
            ddw:cd

**REVIEWED BY:**        /s/ Richard A. Ertola
                **RICHARD A. ERTOLA**
                **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved _____X_____          Disapproved _____

DATED: July 17, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/muro0269.ord.travel

2

Rev. 05/2006
TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG